AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

EDWINA BIGESBY
DOB: x/x/xx
PDID: xxx-xxx

### CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best

of my knowledge and belief.   On or about <u>June 27, 2008</u> in, in the  District of <u>COLUMBIA</u> defendant

(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) _____ .

I further state that I am ___ **OFFICER MICHAEL IANNACCHIONE** ___ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes    ☐ No

_____
Signature of Complainant
**OFFICER MICHAEL IANNACCHIONE
MPD-NARCOTICS SPECIAL
INVESTIGATION DIVISION**

Sworn to before me and subscribed in my presence,

_____          at          ___ **Washington, D.C.** _____
Date                                                                                 City and State

_____          _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

# STATEMENT OF FACTS

On June 27, 2008, members of the Metropolitan Police Department Narcotics Special Investigation Division executed a search warrant at 1709 Trinidad Avenue, N.E., Apt. #1, Washington, D.C.  The defendant Edwina Bigesby opened the door and the premises was secured and it was determined that the defendant and her three young children were the only occupants of the apartment. A search of the premises revealed a plastic bag containing approximately 80 grams of a rock-like substance hidden inside the rear of the television. Inside of one purse was a plastic bag containing approximately 17 grams of a rock-like substance and in another purse was 22 ziplocks containing a rock-like substance.  Each purse contained  documents in the name of the defendant. Also, found in a women's shoe was a piece of plastic containing approximately 13 grams of a rock-like substance.  The rock-like substance was suspected to be crack cocaine. Two ziplocks containing a green weed substance, plates with white residue, numerous unused ziplocks, approximately $750 of United States currency and mail matter in the name of the defendant were also recovered from the premises.  Officers placed the defendant under arrest.  The officers also searched the defendant's automobile and recovered approximately 13 gram of a brown powder substance from the trunk.  The wales check revealed that the vehicle was registered to the defendant Edwina Bigesby.  A portion of the suspected crack cocaine was field tested positive for cocaine base.  A portion of the brown powder substance field tested positive for opiates.  A portion of the green weed substance was field tested positive for marijuana.  The approximate weight of the suspected crack cocaine was 110 grams which indicates that the drugs were going to be sold to others rather than used exclusively by the defendant.

_____

OFFICER MICHAEL IANNACCHIONE
MPD-NARCOTICS SPECIAL INVESTIGATION DIVISION


SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JUNE, 2008.



_____

U.S. MAGISTRATE JUDGE