AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Edwina Bigesby

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-411-M-01

I, __Edwina Bigesby__, charged in a (complaint) (petition) pending in this District with __Possess w/ Intent to Distribute__ in violation of Title __21__, U.S.C., __841(a)(1)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

June 30, 2008
_____
Date

_____
Counsel for Defendant