NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

**FILED**

JUL 17 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

~~Criminal~~ *Magistrate* Number  08-411M

**Edwina Bigesby**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA          [■] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

David Benowitz     451557
(Attorney & Bar ID Number)

David Benowitz, Attorney at Law
(Firm Name)

P.O. Box 96503 #57452
(Street Address)

Washington, DC 20090-6503
(City)       (State)       (Zip)

(202) 271-5249
(Telephone Number)